UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY A. GARCIA,

    Plaintiff,

v.                                     Case No. 3:20cv5396-MCR-HTC

MARK S. INCH,

    Defendant.
_____/

### REPORT AND RECOMMENDATION

    Plaintiff Anthony A. Garcia, a Florida state prisoner proceeding *pro se*, initiated this action by filing a civil rights complaint seeking to assert claims under 42 U.S.C. § 1983. ECF Doc. 1. The complaint was not on this Court's required form and was unaccompanied by the requisite filing fee or a motion to proceed *in forma pauperis*.

    Therefore, on April 17, 2020, the Court ordered Garcia, within twenty-one (21) days from the date of that order, to file an amended complaint and either pay the full $400.00 filing fee or file a complete application to proceed *in forma pauperis*. ECF Doc. 3. On May 4, 2020, the Court received a filing from Garcia entitled "Notice to Inform" (ECF Doc. 4), which the Court construed as a motion for extension of time and granted on May 6, 2020. ECF Doc. 5. Plaintiff was given

until May 29, 2020 to comply with the April 17 order of the Court.  *Id.*  Plaintiff did not respond to the May 6 or April 17 orders of the Court, so the Court entered an order on June 12, 2020 giving Garcia fourteen (14) days from the date of that order to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court.  ECF Doc. 6.

The order instructed that Garcia could have the show cause order discharged by complying with the Court's April 17 order within the fourteen (14) days provided. Also, Plaintiff was warned that failure to timely comply with that order may result in a recommendation that this case be dismissed for failure to prosecute and comply with an order of the Court.  *Id.*  Plaintiff did not respond to the June 12 order, and the time for doing so has passed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 16th day of July, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:20cv5396-MCR-HTC