UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY A GARCIA,

    Plaintiff,

v.                                                    CASE NO. 3:20cv5396-MCR-HTC

MARK INCH,

    Defendant.

                                       /

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 16, 2020.  ECF No. 7.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF Doc. 7, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

3. The Clerk is directed to close this matter.

**DONE AND ORDERED** this 18th day of August 2020.

*s/ M. Casey Rodgers*
**CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**